**RECEIVED**  **ORIGINAL**

NOV 21 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

Infuturia Global, Ltd.
        Plaintiff(s),

v.

Sequus Pharmaceuticals, Inc., et. al.
        Defendant(s).

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:08-cv-04871-~~EMC~~ SBA

Notice is hereby given that, subject to approval by the court, __Yechezkel Barenholz__ substitutes
(Party (s) Name)

__Thomas R. Duffy__, State Bar No. __065679__ as counsel of record in
(Name of New Attorney)

place of __Baker & McKenzie, LLP__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Duffy & Guenther, LLP
    Address: 149 Bonifacio Place
    Telephone: (831) 649-5100     Facsimile: (831) 649-5102
    E-Mail (Optional): tduffy@duffyguenther.com

BY FAX

I consent to the above substitution.
Date: November 14, 2008
        Yechezkel Barenholz
        (Signature of Party (s))
        Bruce H. Jackson
        Baker & McKenzie, LLP

I consent to being substituted.
Date: _____
        (Signature of Former Attorney (s))
        Thomas R. Duffy
        Duffy & Guenther, LLP

I consent to the above substitution.
Date: ~~October 12, 2008~~
     November 12, 2008
        (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____          Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

# PROOF OF SERVICE

I am a citizen of the United States and employed in the County of Monterey, State of California. I am over the age of eighteen years and not a party to the within action. My business address 149 Bonifacio Place, Monterey, California 93940.

On the date set forth below, I caused the following document(s) entitled:

## SUBSTITUTION OF ATTORNEY

to be served on the party(s) or its (their) attorney(s) of record in this action listed below by the following means:

☒ **(BY MAIL)** By placing each envelope (with postage affixed thereto) in the U.S. Mail at the law offices of Duffy & Guenther, LLP, 149 Bonifacio Place, Monterey, California 93940. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and in the ordinary course of business, correspondence would be deposited with the U.S. Postal Service the same day it was placed for collection and processing.

☐ **(BY FACSIMILE TRANSMISSION)** By transmitting a true copy thereof by facsimile transmission from facsimile number (831) 649-5102 to the interested party(s) or their attorney of record to said action at the facsimile number(s) shown below.

☐ **(BY HAND-DELIVERY)** By causing a true copy thereof, enclosed in a sealed envelope, to be delivered by hand to the address(es) shown below.

☐ **(BY OVERNIGHT DELIVERY)** By placing with Federal Express for delivery a true copy thereof, enclosed in a sealed envelope, to the address(es) shown below, with delivery charges to be billed to Duffy & Guenther.

addressed as follows:

Clay Robbins III, Esq.
Magana, Cathcart & McCarthy
1801 Avenue of the Stars, Suite 600
Los Angeles, CA 90067-5899

Billie Desiree Salinas
David Eiseman, Esq.
Melissa Baily, Esq.
Quin Emanuel Urquhart
Oliver & Hedges, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111

Bruce Jackson, Esq.
Jerry Salcido, Esq.
Irene Gutierrez, Esq.
Baker & McKenzie, LLP
Two Embarcadero Center, 11th Floor
San Francisco, CA 94111

Harry Roper, Esq.
Eric Lohrenz, Esq.
Jenner & Block, LLP
330 N. Wabash Avenue
Chicago, Illinois 60611

1 | Michael Heygood, Esq.
2 | Eric Pearson, Esq.
Charles Miller, Esq.
3 | Heygood, Orr, Reyes, Pearson & Bartolomei
2331 W. Northwest Highway, 2nd Floor
4 | Dallas, TX 75220

5     I declare under penalty of perjury under the laws of the State of California that the foregoing
6 | is true and correct. Executed **November 21, 2008**, at Monterey, California.

*Melinda Vasquez* (signature)
Melinda Vasquez