**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| INFUTURIA GLOBAL LTD., | No. C 08-4871 SBA |
| Plaintiff, | **ORDER** |
| v. | **[Docket Nos. 60, 126]** |
| SEQUUS PHARMACEUTICALS, INC. et al., | |
| Defendants. | |

Before the Court is Plaintiff's unopposed Motion to Dismiss Defendants The Hebrew University of Jerusalem and Yechezkel Barneholz pursuant to Fed. R. Civ. P. 41(a)(2). For good cause shown, the Court HEREBY ORDERS the motion to dismiss GRANTED, without prejudice, and dismisses all claims against Defendants The Hebrew University of Jerusalem and Yechezkel Barneholz in this action.

IT IS FURTHER ORDERED that Defendants The Hebrew University of Jerusalem and Yechezkel Barneholz's Motion to Stay Litigation Pending Arbitration, as a consequence of their dismissal from this action, is DENIED AS MOOT.   [Docket No. 60].

IT IS SO ORDERED.

Dated: 3/19/09

*Saundra B Armstrong*
Saundra Brown Armstrong
United States District Judge