QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  David Eiseman (Bar No. 114758)
  Melissa Baily (Bar No. 237649)
  Billie Salinas (Bar No. 235193)
50 California Street, 22nd Floor
San Francisco, California  94111
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700
Email:         davideiseman@quinnemanuel.com
               melissabaily@quinnemanuel.com
               billiesalinas@quinnemanuel.com

JENNER & BLOCK LLP
  Harry J. Roper (admitted *pro hac vice*)
  Eric L. Lohrenz (admitted *pro hac vice*)
330 N. Wabash Avenue
Chicago, Illinois  60611
Telephone:     (312) 222-9350
Facsimile:     (312) 527-0484
Email:         elohrenz@jenner.com
               hroper@jenner.com

Attorneys for Defendant
Sequus Pharmaceuticals, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INFUTURIA GLOBAL LTD., a British Virgin Islands corporation,<br><br>            Plaintiff,<br><br>      vs.<br><br>SEQUUS PHARMACEUTICALS, INC., a Delaware corporation,<br><br>            Defendant. | CASE NO. C-08-4871 SBA<br><br>**STIPULATION AND ORDER DEFERRING RULE 26 DISCLOSURES UNTIL 20 DAYS FOLLOWING THE FILING AND SERVICE OF A RESPONSIVE PLEADING**<br><br>Courtroom: 3, 3rd Floor<br>Before: Hon. Saundra B. Armstrong |

51435/2855153.2

Case No. C-08-4871 SBA

STIPULATION AND [PROPOSED] ORDER
DEFERRING RULE 26 DISCLOSURES

# STIPULATION

Plaintiff Infuturia Global Ltd. ("Infuturia") and Defendant Sequus Pharmaceuticals, Inc. ("Sequus") respectfully submit the following Stipulation and [Proposed] Order Deferring Rule 26 Disclosures Until 20 Days Following the Filing and Service of a Responsive Pleading.

WHEREAS, on March 16, 2009, Infuturia filed its Second Amended Complaint;

WHEREAS, on April 6, 2009, Sequus filed a motion to dismiss the Second Amended Complaint pursuant to Federal Rules of Civil Procedure 12(b)(7) and 12(b)(6);

WHEREAS, the Court's ruling on Sequus' motion could impact the scope of the claims that may proceed in federal court;

WHEREAS, pursuant to this Court's February 23, 2009 Order, the parties' initial disclosures are due on April 9, 2009;

WHEREAS, in the interest of conserving the parties' resources, the parties agree to defer the service of their respective Rule 26(a)(1) and Rule 26(f) disclosures until 20 days following the filing and service of a responsive pleading by Sequus;

Accordingly, Infuturia and Sequus, through their respective counsel of record, hereby stipulate to defer the service of their respective Rule 26(a)(1) and Rule 26(f) disclosures until 20 days following the filing and service of a responsive pleading by Sequus.

DATED: April 8, 2009                QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

                                    JENNER & BLOCK LLP

                                    By /s/Melissa J. Baily
                                        Melissa J. Baily

                                    Attorneys for Defendant
                                    Sequus Pharmaceuticals, Inc.

51435/2855153.2

-1-                                 Case No. C-08-4871 SBA

STIPULATION AND [PROPOSED] ORDER
DEFERRING RULE 26 DISCLOSURES

| | | |
|---|---|---|
| 1 | DATED: April 8, 2009 | HEYGOOD ORR REYES PEARSON & BARTOLOMEI |

By /s/Eric D. Pearson
   Eric D. Pearson

Attorneys for Plaintiff
Infuturia Global Ltd.

I, Melissa J. Baily, am the ECF User whose ID and password are being used to file this pleading. I hereby attest that permission to file this document with Eric D. Pearson's electronic signature was provided by Eric D. Pearson of Heygood Orr Reyes Pearson & Bartolomei.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: 4/10/09

_Saundra B. Armstrong_
The Honorable Saundra Brown Armstrong
United States District Judge