UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| INFUTURIA GLOBAL LTD., a British Virgin Islands corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SEQUUS PHARMACEUTICALS, INC., a Delaware corporation,<br><br>Defendant. | CASE NO. C-08-4871-SBA<br><br>**JUDGMENT** |

    In accordance with Rule 54 of the Federal Rules of Civil Procedure and the Court's Order Granting Sequus' Motion to Dismiss, filed June 1, 2009, judgment is entered in favor of defendant Sequus Pharmaceuticals, Inc. and against plaintiff Infuturia Global Ltd. in this action.  Defendant Sequus Pharmaceuticals, Inc. shall be entitled to recover its costs.

    All matters calendared in this action are vacated.  The Clerk shall close the file and terminate any pending matters.

    IT IS SO ORDERED.

DATED: June 16, 2009

_/s/ Saundra B. Armstrong_
Saundra Brown Armstrong
United States District Judge